UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOSEF KHOJAH,<br>            Petitioner<br><br>v.<br><br>ANTONE MONIZ, Superintendent,<br>Plymouth County Correctional Facility<br>            Respondent | Civil Action<br>No. 19-12508-PBS |

ORDER OF RECUSAL
January 27, 2020

I recuse myself because I know the petitioner's proposed sponsor and my impartiality might reasonably be questioned pursuant to 28 U.S.C. §455(a).

                                      /s/ Patti B. Saris
                                      Patti B. Saris
                                      U.S. District Judge