UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YOSEF KHOJAH, | ) |
| Petitioner, | ) ) ) ) |
| v. | ) C.A. No. 1:19-CV-12508-DJC |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility | ) ) ) |
| Respondent | ) ) |

**PETITIONER YOSEF KHOJAH'S UNOPPOSED MOTION
(1) TO REOPEN THE CASE FOR THE LIMITED PURPOSE OF
FILING AN UNOPPOSED MOTION TO IMPOUND THE CASE RECORD; AND
(2) FOR AN ORDER GRANTING PETITIONER LEAVE
TO FILE THE UNOPPOSED MOTION TO IMPOUND UNDER SEAL**

Petitioner Yosef Khojah, through his undersigned counsel and with the consent of Respondent Antone Moniz, hereby moves this Honorable Court to reopen the above-captioned case for the limited purpose of allowing Petitioner to file an unopposed motion to impound the case record. Petitioner further moves the Court for an Order granting him leave to file the unopposed motion to impound, pursuant to Local Rule 7.2(c), and to do so under seal. The basis for this Motion is set forth in the attached memorandum of support.

Date: November 28, 2022                    Respectfully submitted,

                                                */s/ Matt Corriel*
                                                Matt Corriel
                                                **ROPES & GRAY LLP**
                                                1211 Avenue of the Americas
                                                New York, NY 10036-8704
                                                Tel: (212) 596-9502
                                                Fax: (646) 728-6250
                                                Matt.Corriel@ropesgray.com

                                                Cambrey Dent
                                                Joseph Weintraub
                                                John LaMonaca
                                                **ROPES & GRAY LLP**
                                                Prudential Tower
                                                800 Boylston Street
                                                Boston, MA 02199-3600
                                                Tel: (617) 951-7000
                                                Fax: (617) 951-7050
                                                Cambrey.Dent@ropesgray.com
                                                Joseph.Weintraub@ropesgray.com
                                                John.LaMonaca@ropesgray.com

                                                *Counsel for Petitioner*
                                                *Yosef Khojah*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

     I, Matt Corriel, hereby certify that in accordance with Local Rule 7.1(a)(2) counsel for the parties have conferred and have attempted to resolve or narrow the issues contained herein. Respondent does not oppose this motion.

Date: November 28, 2022                    */s/ Matt Corriel*
                                                Matt Corriel

## **CERTIFICATE OF SERVICE**

     I, Matt Corriel, hereby certify that I electronically filed the foregoing using the CM/ECF system on November 28, 2022, thereby serving all counsel of record.

Date: November 28, 2022                    */s/ Matt Corriel*
                                                Matt Corriel